**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ROBERT BOSTER,**

       **Plaintiff,**

       **v.**                        **Case Number 2:25-cv-1229**
                                      **Judge Edmund A. Sargus, Jr.**
                                      **Magistrate Judge Chelsey M. Vascura**

**FAIRFIELD COUNTY, *et al.*,**

       **Defendants.**

## <u>ORDER</u>

This matter is before the Court on an Order and Report and Recommendation issued by the Magistrate Judge on January 12, 2026. (ECF No. 3.) The Magistrate Judge recommends that Plaintiff Robert Boster's Complaint be dismissed for failure to state a claim upon which relief can be granted. (*Id.*)

Mr. Boster, proceeding *pro se* and *in forma pauperis*, brought claims under 42 U.S.C. § 1983 against Fairfield County, Ohio, its Board of Commissioners, and several county employees over an incident that occurred at the Fairfield County Commissioner's meeting in October 2025. (ECF No. 2.) Mr. Boster stated he and his daughter entered the meeting to deliver a document titled "Violation Warning: Denial of Rights Under Color of Law" to Judge Laura B. Smith and Magistrate Sandra S. Miller. (*Id.*) He alleged that various individual Defendants impeded the delivery, shoved him, prevented his daughter from recording, forcibly removed him, and later impeded him from leaving the premises. (*Id.*) He alleged that Defendants violated his and his daughter's First, Fourth, and Fourteenth Amendment rights during the incident. (*Id.*)

The Magistrate Judge conducted an initial screen of the complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that Mr. Boster's action be dismissed for failure to state a claim upon which relief can be granted. (ECF No. 3.)

After a magistrate judge issues a report and recommendation, any party may object within 14 days by serving and filing written objections to the magistrate judge's proposed findings and recommendations. 28 U.S.C. § 636(b)(1)(C). Failure to object results in waiver of the right to a *de novo* review of the Report and Recommendation by the district court. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Mr. Boster was advised of his right to object to the Report and Recommendation and the consequences of failing to do so. (ECF No. 3, PageID 65–66.) Mr. Boster did not object to the Order and Report and Recommendation.

Accordingly, the Court **ADOPTS** and **AFFIRMS** the Order and Report and Recommendation. (ECF No. 3.) Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2)(B).

The Clerk is **DIRECTED** to enter judgment and close this case.

The Clerk is further **DIRECTED** to mail a copy of this Order to Plaintiff Robert Boster at 160 State Route 233, Patriot, Ohio, 45658.

     **IT IS SO ORDERED.**

**2/12/2026**                                   **s/Edmund A. Sargus, Jr.**
**DATE**                                            **EDMUND A. SARGUS, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**